UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION-FLINT

IN THE MATTER OF:  Case No: 17-32897-DOF  ATTORNEY: Acclaim Legal Services,
DEBTOR (S)        CHAPTER 13 PROCEEDINGS  DATE FILED: 12/27/2017
                  JUDGE DANIEL OPPERMAN  CLAIMS BAR DATE: 4/23/2018
Mark E. West                            CONFIRMATION DATE: 2/20/2018

TRUSTEE'S OBJECTION TO CONFIRMATION

☒ Plan payment has not posted

☒ Schedule A indicates Debtor has an interest in the property as the Debtor only box is checked yet the Schedules also state that the property is joint with ex-spouse. Debtor testified at the 341 hearing that the property was joint with his deceased mother. Trustee requires a corrected Schedule A.

Provide the following to the Trustee:

  ☒ 2015 tax return

  ☒ Recorded mortgage

  ☒ Current mortgage statement

  ☒ Current SEV

  ☒ Deed

NATURE OF THE PLAN- The Trustee interprets the nature of the plan to be:

☒ Base plan-completed upon the Trustee receiving $33,000 in addition to the receipts prior to confirmation.

  Estimated % to unsecured is     5% in ( 60 ) months.

Confirmation recommended

  ☐ Yes      % in      months   ☒ No

WHEREFORE, unless the above terms are satisfied, the Chapter 13 Trustee requests that this Honorable Court deny confirmation of the Debtor's (s') Plan, dismiss this case, or provide other relief as is just.

|  |  |
|---|---|
| Dated:   January 24, 2018 | /s/ Carl L. Bekofske |
|  | Carl L. Bekofske, Standing Chapter 13 Trustee |
|  | 400 N. Saginaw St. Ste 331., Flint, MI 48502 |
| Sara | (810) 238-4675    ECF@flint13.com |
|  | P-10645 |

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION-FLINT

IN THE MATTER OF:
DEBTOR (S)  Mark E. West

Case No: 17-32897-DOF
CHAPTER 13 PROCEEDINGS
JUDGE DANIEL OPPERMAN

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2018, I electronically filed the Chapter 13 Trustee's Objection to Confirmation with the Clerk of the Court using the ECF system; which will send notification of such filing to the following:

Acclaim Legal Services, Pllc
bill@acclaimlegalservices.com

And I hereby certify that I have mailed by United States Postal Service the Paper(s) to the following non-ECF participants:

/s/ Sherry Beasinger
Carl L. Bekofske, Standing Chapter 13 Trustee
400 N. Saginaw St. Ste 331., Flint, MI 48502
(810) 238-4675
Email: ECF@flint13.com